KNOX, LEMMON AND ANAPOLSKY, LLP
THOMAS S. KNOX, STATE BAR # 073384
JOHN M. LEMMON, STATE BAR #088961
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Plaintiffs CRYSTAL CREAM & BUTTER CO.,
BERKELEY FARMS, LLC, ALTA-DENA CERTIFIED
DAIRY, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL CREAM & BUTTER CO., a California corporation, BERKELEY FARMS, LLC, a California limited liability company, ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>HUDSON INSTITUTE, an entity of unknown form; CENTER FOR GLOBAL FOOD ISSUES, an entity of unknown form; DOES 1 through 100, inclusive<br><br>    Defendants. | Case No. 2:07-CV-946-GEB-DAD<br><br>**STIPULATION AND ORDER TO SET NEW DATE FOR STATUS CONFERENCE**<br><br>**Date:**  September 17, 2007<br>**Time:**  9:00 a.m.<br>**Courtroom:** 10, 13th Floor<br>**Judge:**  The Hon. Garland E. Burrell, Jr. |

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

---

1
**STIPULATION AND ORDER TO SET NEW DATE FOR STATUS CONFERENCE**

The parties hereby agree to vacate the order setting the Status Conference for September 17, 2007.

Defendants have filed their "Motion to Dismiss" and their "Motion to Strike Pursuant to California Code of Civil Procedure § 425.16." Both motions will be heard on September 24, 2007. The court and the parties will be better able to address the elements of any scheduling order in this case after those motions have been disposed of.

The parties request that the court set a new date for the Status Conference at a time convenient to the court's schedule at least thirty days after the September 24 hearing on Defendants' motions.

Dated  August 31, 2007					Respectfully submitted,

							KNOX, LEMMON & ANAPOLSKY, LLP


							       /s/ Thomas S. Knox

							By:_____
							     THOMAS S. KNOX  (SBN 073384)
							     Attorneys for Plaintiffs CRYSTAL CREAM &
							     BUTTER CO., BERKELEY FARMS LLC,
							     ALTA-DENA CERTIFIED DAIRY, LLC

Dated  August 31, 2007					Respectfully submitted,

							LATHAM & WATKINS LLP


							       /s/ Nathaniel A. Vitan

							By:_____
							     NATHANIEL A. VITAN (admitted *pro hac vice*)
							     Attorneys for Defendants
							     HUDSON INSTITUTE, INC. AND
							     CENTER FOR GLOBAL FOOD ISSUES

IT IS SO ORDERED.   The status conference is rescheduled to commence at 9:00 a.m. on November 26, 2007.  A joint status report shall be filed no later than fourteen days prior to the status conference.

DATED:  September 4, 2007			_____
							GARLAND E. BURRELL, JR.
							United States District Judge

**STIPULATION AND ORDER TO SET NEW DATE FOR STATUS CONFERENCE**