1  KNOX, LEMMON AND ANAPOLSKY, LLP
   THOMAS S. KNOX, STATE BAR # 073384
2  JOHN M. LEMMON, STATE BAR #088961
   One Capitol Mall, Suite 700
3  Sacramento, CA 95814
   Telephone: (916) 498-9911
4  Facsimile: (916) 498-9991

5  Attorneys for Plaintiffs CRYSTAL CREAM & BUTTER CO.,
   BERKELEY FARMS, LLC, ALTA-DENA CERTIFIED
6  DAIRY, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| CRYSTAL CREAM & BUTTER CO., a California corporation, BERKELEY FARMS, LLC, a California limited liability company, ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>HUDSON INSTITUTE, an entity of unknown form; CENTER FOR GLOBAL FOOD ISSUES, an entity of unknown form; DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:07-CV-946-GEB-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>**Date:** September 24, 2007<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10, 13th Floor<br>**Judge:** The Hon. Garland E. Burrell, Jr. |
|---|---|

//
//
//
//
//
//
//
//

1
**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON
MOTION TO STRIKE AND MOTION TO DISMISS**

The parties hereby agree to continue the hearings on the Defendants' "Motion to Dismiss" and "Motion to Strike" to Tuesday, October 9, 2007 at 9 a.m. in Courtroom 10.

Both motions are presently scheduled for hearing on Monday, September 24, 2007 at 9 a.m. The parties have agreed to explore the prospects for settlement. The continued hearing date will allow them to avoid the expenditure of additional time and resources on the pending motions while they pursue a voluntary resolution to the litigation.

Dated  September 6, 2007                    Respectfully submitted,

KNOX, LEMMON & ANAPOLSKY, LLP


                                            /s/ Thomas S. Knox

By:_____
THOMAS S. KNOX  (SBN 073384)
Attorneys for Plaintiffs CRYSTAL CREAM &
BUTTER CO., BERKELEY FARMS LLC,
ALTA-DENA CERTIFIED DAIRY, LLC

Dated  September 6, 2007                    Respectfully submitted,

LATHAM & WATKINS LLP


                                            /s/ Allen Gardner

By: _____
ALLEN GARDNER (admitted *pro hac vice*)
Attorneys for Defendants
HUDSON INSTITUTE, INC. AND
CENTER FOR GLOBAL FOOD ISSUES

IT IS SO ORDERED.

DATED: September 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2
**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON
MOTION TO STRIKE AND MOTION TO DISMISS**