KNOX, LEMMON AND ANAPOLSKY, LLP
THOMAS S. KNOX, STATE BAR # 073384
JOHN M. LEMMON, STATE BAR #088961
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone: (916) 498-9911
Facsimile: (916) 498-9991

Attorneys for Plaintiffs CRYSTAL CREAM & BUTTER CO., BERKELEY FARMS, LLC, ALTA-DENA CERTIFIED DAIRY, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL CREAM & BUTTER CO., a California corporation, BERKELEY FARMS, LLC, a California limited liability company, ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>HUDSON INSTITUTE, an entity of unknown form; CENTER FOR GLOBAL FOOD ISSUES, an entity of unknown form; DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:07-CV-946-GEB-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>**Date:** October 9, 2007<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10, 13th Floor<br>**Judge:** The Hon. Garland E. Burrell, Jr. |

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

---

1
**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON
MOTION TO STRIKE AND MOTION TO DISMISS**

The parties hereby agree to continue the hearings on the Defendants' "Motion to Dismiss" and "Motion to Strike" to Monday, November 19, 2007 at 9 a.m. in Courtroom 10.

Both motions are presently scheduled for hearing on Monday, October 9, 2007 at 9 a.m. The parties have previously obtained one continuance for the purpose of exploring settlement. Since that time, they have developed a proposal identifying key settlement terms for discussion. The parties require additional time because there are multiple plaintiffs and multiple defendants, each of whom must be consulted in the course of the ongoing settlement discussions.

Dated September 19, 2007          Respectfully submitted,

KNOX, LEMMON & ANAPOLSKY, LLP


/s/ Thomas S. Knox

By:_____
THOMAS S. KNOX  (SBN 073384)
Attorneys for Plaintiffs CRYSTAL CREAM & BUTTER CO., BERKELEY FARMS LLC, ALTA-DENA CERTIFIED DAIRY, LLC

Dated September 19, 2007          Respectfully submitted,

LATHAM & WATKINS LLP


/s/ Allen Gardner

By: _____
ALLEN GARDNER (admitted *pro hac vice*)
Attorneys for Defendants
HUDSON INSTITUTE, INC. AND
CENTER FOR GLOBAL FOOD ISSUES


IT IS SO ORDERED.

Dated: September 27, 2007


_____
GARLAND E. BURRELL, JR.
Chief United States District Judge