KNOX, LEMMON AND ANAPOLSKY, LLP
THOMAS S. KNOX, STATE BAR # 073384
JOHN M. LEMMON, STATE BAR #088961
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Plaintiffs CRYSTAL CREAM & BUTTER CO., BERKELEY FARMS, LLC, ALTA-DENA CERTIFIED DAIRY, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL CREAM & BUTTER CO., a California corporation, BERKELEY FARMS, LLC, a California limited liability company, ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>HUDSON INSTITUTE, an entity of unknown form; CENTER FOR GLOBAL FOOD ISSUES, an entity of unknown form; DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:07-CV-946-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION TO STRIKE, MOTION TO DISMISS, AND STATUS CONFERENCE**<br><br>**Hearing on Motions**<br>**Date:       November 19, 2007**<br>**Time:       9:00 a.m.**<br>**Courtroom:  10, 13th Floor**<br>**Judge:       Hon. Garland E. Burrell, Jr.**<br><br>**Status Conference**<br>**Date:       November 26, 2007**<br>**Time:       9:00 a.m.**<br>**Courtroom:  10, 13th Floor**<br>**Judge:       Hon. Garland E. Burrell, Jr.** |

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

KNOX, LEMMON & ANAPOLSKY, LLP
ONE CAPITOL MALL, SUITE 700, SACRAMENTO, CA 95814
TELE: (916) 498-9911  FAX: (916) 498-9991

1  The parties have reached an agreement in principle to settle this litigation. They are
2  presently preparing settlement documents.

3  Accordingly, the parties hereby agree to continue the hearings on the Defendants' "Motion
4  to Dismiss" and "Motion to Strike" to Monday, December 17, 2007 at 9 a.m. in Courtroom 10.
5  Both motions are presently scheduled for hearing on Monday, November 19, 2007 at 9 a.m.

6  The parties also agree to continue the Status Conference to January 22, 2007 at 9:00 a.m.
7  The Status Conference is presently scheduled for Monday, November 26, 2007 at 9:00 a.m.

8  Dated  October 23, 2007         Respectfully submitted,

9                                   KNOX, LEMMON & ANAPOLSKY, LLP

11                                       /s/ Thomas S. Knox

12                                   By:_____
13                                      THOMAS S. KNOX (SBN 073384)
                                        Attorneys for Plaintiffs CRYSTAL CREAM &
                                        BUTTER CO., BERKELEY FARMS LLC,
14                                      ALTA-DENA CERTIFIED DAIRY, LLC

15 Dated  October 23, 2007         Respectfully submitted,

16                                   LATHAM & WATKINS LLP

18                                       /s/ Allen Gardner

19                                   By: _____
                                        ALLEN GARDNER (admitted *pro hac vice*)
20                                      Attorneys for Defendants
                                        HUDSON INSTITUTE, INC. AND
21                                      CENTER FOR GLOBAL FOOD ISSUES

23 IT IS SO ORDERED.

24 DATED:  October 30, 2007         _____
25                                  GARLAND E. BURRELL, JR.
                                    United States District Judge